THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. STEPHEN S. SCOPAS, Respondent.— Order entered on June 9, 1960, granting defendant-respondent's motion for an order vacating and setting aside the order of said court, made on April 27, 1959, approving the Grand Jury's direction that an information be filed against the defendant in the Court of Special Sessions of the City of New York, and disapproving said direction, and dismissing the information, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

GEORGE J. ABRAMS, Appellant, v. REVLON, INC., Respondent.— Order entered on July 21, 1959, granting defendant's motion, pursuant to rule 113 of the Rules of Civil Practice, for summary judgment dismissing the complaint, and from the judgment entered thereon on August 4, 1959, dismissing the complaint and awarding costs in favor of the defendant and against the plaintiff in the sum of $30, unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

MARY DAMIANO, Appellant, v. GIOVANNI DAMIANO, Also Known as JOHN DAMIANO, et al., Respondents.— Judgment so far as appealed from, unanimously affirmed, without costs. The record before us fails to establish a gift of the bank account as alleged in the second cause of action. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

LUCILLE HODGE, as Administratrix of the Estate of IRVING HODGE, Deceased, Respondent, v. NATIONAL CASUALTY COMPANY, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally and Stevens, JJ.

GRACETON ESTATES, INC., Respondent, v. LAURA S. WILLIAMSON, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

In the Matter of MICHELE J. MARZULLO et al., Petitioners, v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bergan, JJ.

JANE FRIEND, Doing Business under the Name of DUBONNET MUSIC PUBLISHING, Appellant, v. PAUL CUNNINGHAM, as President of the American Society of Composers, Authors and Publishers, Respondent.— Order entered on July 15, 1959, denying plaintiff's motion for summary judgment and granting summary judgment dismissing the complaint pursuant to rule 113 of the Rules of Civil Practice, unanimously affirmed, with $20 costs and disbursements to the respondent. The clerk is directed to enter judgment in favor of the defendant dismissing the complaint, with costs. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bergan, JJ.

DUCHESS MUSIC CORPORATION et al., Appellants, v. GENERAL MUSIC PUBLISHING COMPANY, INC., Respondent, et al., Defendants.— Order entered on November 4, 1960, granting defendant's motion for summary judgment and dismissing the complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bergan, JJ.